158 A.3d 582

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
SHAKIR K. DANIELS (A/K/A SHAKIR DANIELD),
DEFENDANT–PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004031–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 583

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PRINCE
ANDREW HENRY (A/K/A HENRY PRINCE), DEFENDANT–
PETITIONER.

January 20, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–0002177–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.